UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MAURY GREENSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-309-CLC-CCS |
| | ) | *Consolidated with No. 3:13-CV-375* |
| CITY OF GATLINBURG, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion to Amend Complaint, filed March 26, 2014. The Court finds that no party has responded in opposition to this motion, and the time for doing so has expired, see E.D. Tenn. L.R. 7.1. Additionally, the Court finds that the Second Motion to Amend is supported by good cause. See Fed. R. Civ. P. 15.

However, the Court finds that the Plaintiff has failed to comply with Local Rule 15.1.[1] The Court finds that this failure to comply will be rendered harmless if the Plaintiff files his amended complaint in its entirety and without making any revisions beyond those identified in the Motion to Amend Complaint.

---

[1] Local Rule 15.1 states: "A party who moves to amend a pleading shall attach a copy of the proposed amended pleading to the motion. Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, shall, except by leave of Court, reproduce the entire pleading as amended and may not incorporate any prior pleading by reference." The Local Rule further states: "A failure to comply with this rule may be grounds for denial of the motion."

Accordingly, based upon the lack of opposition from the Defendant and for good cause shown, the Plaintiff's Motion to Amend Complaint is **GRANTED**. The Plaintiff **SHALL FILE** his amended complaint, in its entirety, as his operative pleading in CM/ECF on or before **April 30, 2014**.

   **IT IS SO ORDERED**.

                              ENTER:

                                 s/ C. Clifford Shirley, Jr.
                              United States Magistrate Judge

Case 3:13-cv-00309-CLC-CCS   Document 24   Filed 04/24/14   Page 2 of 2   PageID #: 389